TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Aaron Boutin*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Boutin, | Case No.: 2:16-CV-04321-DGC |
| Plaintiff, | Hon. David G. Campbell |
| vs. | |
| Experian Information Solutions, Inc., et al., | **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT BARCLAYS BANK DELAWARE** |
| Defendants. | |

Plaintiff and Defendant Barclays Bank Delaware (hereinafter referred to as "Barclays"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice against

1

Defendant Barclays, only, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED this 1st day of November, 2017

                                        KENT LAW OFFICES

                                        By:   */s/   Trinette G. Kent*
                                        Trinette G. Kent
                                        *Attorney for Plaintiff*

                                        LEWIS ROCA ROTHGERBER CHRISTIE LLP

                                        */s/ Nicholas Bauman w/ consent*
                                        Nicholas Bauman
                                        *Attorney for Defendant Barclays Bank*